PEOPLE, Respondent, v. BRADLEY, Appellant. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Proceeding by the People of the State of New York against Alfred Bradley (true name Alexander Roworth). A. Caruthers, of New York City, for appellant. G. Z. Medalie, of New York City, for the People. No opinion. Judgment affirmed. Order filed.